**Dismissed and Memorandum Opinion filed October 30, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-11-01103-CR

## PETER JOSEPH ROSENBERGER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court at Law No. 8**
**Harris County, Texas**
**Trial Court Cause No. 1762576**

## M E M O R A N D U M   O P I N I O N

A written motion to dismiss the appeal, personally signed by appellant, has been filed with this court.  *See* Tex. R. App. P. 42.2.  Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).